FILED
CLERK, U.S. DISTRICT COURT
NOV 18 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MARCO PEREZ,

        Petitioner,

v.

DERRAL G. ADAMS,

        Respondent.

No. CV 08-7135 GAF (FFM)

JUDGMENT

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 11/18/09

_____
GARY A. FEESS
United States District Judge